**Exhibit A to the Complaint**

**Location:** Denver, CO  
**Total Works Infringed:** 26  

**IP Address:** 73.229.52.200  
**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: DD355D97048B431F42EC4E908BBFE05E7A86449B<br>File Hash: 5D548055AFFB191EB2F23823348AB8A5497959F795CD4DF70C4FBED7FAC2E3A2 | 08-09-2023 15:02:45 | Blacked Raw | 08-07-2023 | 08-17-2023 | PA0002425526 |
| 2 | Info Hash: ED579459FADE81B6C6869935D328A88271322109<br>File Hash: B341095DA58CA9D13BCEBA6C2BAEB106D9804F25C1BF5ECB9B3D5A5586873A44 | 08-01-2023 23:12:30 | Blacked | 07-30-2023 | 08-17-2023 | PA0002425764 |
| 3 | Info Hash: D72C679FC63ED88F719A8CEA3534C7FCE911DF49<br>File Hash: CE30051A994F81D1D20DBCAC70509EE94B12039806C3A5862B6BB41D087B56CB | 07-26-2023 17:05:57 | Blacked Raw | 07-24-2023 | 08-17-2023 | PA0002425531 |
| 4 | Info Hash: 9BCE454DE8B396B9CC1EBED9BC6AC5CF71FCF54F<br>File Hash: EB3361380DB7D6AE0638A1128F8472E893BA43EB0A11688C2F9F380F3F15FF2E | 07-23-2023 22:09:35 | Blacked | 07-22-2023 | 08-17-2023 | PA0002425765 |
| 5 | Info Hash: 484C3A3BA769D112DBF2F72D689339F2C55D9D0A<br>File Hash: FACB9AF449068439F3E0BBE17EF75ED72579F3CEB24E9AAE1E03B9FE0131114D | 07-03-2023 19:00:37 | Blacked Raw | 06-28-2023 | 07-13-2023 | PA0002420343 |
| 6 | Info Hash: BCC7EF88676C4414207330DFED842DF7E8D21F71<br>File Hash: 13F499A951372115FEFF5073A727704FB789FB34AA7709B2EAAAD343589E5231 | 07-03-2023 14:44:59 | Blacked | 07-01-2023 | 07-13-2023 | PA0002420349 |
| 7 | Info Hash: 56DCEECF670433E528CAF870134FB35521993324<br>File Hash: 49478B9A5A0DE609D68FCF73946C83E36F6A895193143EF44BF6C2F82582A5C3 | 06-17-2023 14:49:39 | Blacked | 08-23-2019 | 09-11-2019 | PA0002199989 |
| 8 | Info Hash: C3574EDBE712F48169B9EEF3F7A441321315F545<br>File Hash: 025763497F133F7AD002DF63A534E94585CCC43956152F59FFE6CE5EB7B75F04 | 06-13-2023 22:46:29 | Blacked Raw | 06-13-2023 | 07-13-2023 | PA0002420359 |
| 9 | Info Hash: ACC005CC5540B73FD43F4D15ABAF01B7245E583F<br>File Hash: 38EA3BEBD5531AA9C70A2F4275A0A9F108E1F1BDA2C9CBB7B347BFEBBC5A2B84 | 06-10-2023 19:43:51 | Blacked | 06-10-2023 | 07-13-2023 | PA0002420362 |
| 10 | Info Hash: 95D6896F17F918BE475E91C8119AF61086FC432A<br>File Hash: EAED0212CC719E05161F9B17002F50E509D606AA30F6D9BCAE8E11908D32442F | 06-04-2023 22:37:19 | Blacked Raw | 06-03-2023 | 06-09-2023 | PA0002415371 |
| 11 | Info Hash: 252AAC7D5C126BE70A6A49FA5873F21AF53D1142<br>File Hash: C4FEFE8505150322965B67DDBAAD5349F67897B01E4309ED46911748762A3577 | 05-23-2023 21:43:08 | Blacked Raw | 05-19-2023 | 06-09-2023 | PA0002415367 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 7EC7FDECB78B1ED7F2C587526C6E4650A37AA85D<br>File Hash: 7140335D03E5BFA20CD78E959D8D2D2DEE0A4F5F1CC508B9ED02D7B9146D1113 | 05-17-2023 22:46:29 | Blacked Raw | 05-14-2023 | 06-09-2023 | PA0002415357 |
| 13 | Info Hash: 5A86E04371FFF05DE053070B8B7A84368CCE8435<br>File Hash: E3EBF428FC8353EB16611884DD79582C42C159FD1BEDB67F82176DEB6109B400 | 04-14-2023 18:48:37 | Blacked Raw | 04-14-2023 | 05-14-2023 | PA0002411257 |
| 14 | Info Hash: E1DC17F1E6B165394C514C08B55A305613F4AAE6<br>File Hash: FB14B0202BB679BDE513466782E98A1BE16635DF06633F94D5D6390605FA2618 | 03-01-2023 21:21:26 | Blacked Raw | 02-23-2023 | 03-06-2023 | PA0002399998 |
| 15 | Info Hash: 90B3B7E92C2FCAB7BC642BDBA8946CBBEE03AE90<br>File Hash: FB9226ED18915EC2763AC638B7167B86633115C74B9AC01896A885AD5C6BAC8E | 02-22-2023 17:43:12 | Blacked Raw | 02-18-2023 | 03-06-2023 | PA0002399995 |
| 16 | Info Hash: AB6EBAFD49EADD71F2316803BF55B6FB26B81EFA<br>File Hash: 22615C4D20273E938E3CC616950F1799A09B612D67EDC9E5CEBB1131A780617F | 02-14-2023 02:37:16 | Blacked | 02-11-2023 | 03-07-2023 | PA0002400311 |
| 17 | Info Hash: 2120DFD96A20E8509A3633E7094AB1671FAC7067<br>File Hash: 8B6E54FD5073CA91378066DAB871D3A7719166D06817BEB2FE85337EAB117E7C | 02-14-2023 02:09:55 | Vixen | 02-10-2023 | 03-08-2023 | PA0002400313 |
| 18 | Info Hash: A15959F09238709C559D243DA15D56AB1871D3F8<br>File Hash: 347CE4A551CE253B2DADFF2C08D42F385A9050FFB2A2658BB1397FF55FDF0257 | 02-13-2023 23:19:58 | Blacked Raw | 02-13-2023 | 03-06-2023 | PA0002399991 |
| 19 | Info Hash: 89A1B4D1F12E6DFAE02ACA7A826A3F026370983F<br>File Hash: 3D313A2A5A266B793BF55B69B8084D4C8807B20140D8382EFD7803C04570EC76 | 02-08-2023 21:04:22 | Blacked Raw | 02-03-2023 | 03-08-2023 | PA0002400564 |
| 20 | Info Hash: 966D5FA9CEB996A500EFF4873253E219D8906A2E<br>File Hash: 6D5761EFCBFB133DE128DC050B872DDBBE9D255FAA86AE4D7AD91A1DC1D0D788 | 01-20-2023 01:06:44 | Blacked Raw | 01-19-2023 | 01-27-2023 | PA0002393081 |
| 21 | Info Hash: B510A624B51DA5D209130F6B7161A6456E021C56<br>File Hash: FA2E737F2AD41A98DDC527879C378B5991091A5EB51854E8A8A4AC6AA92F21C0 | 01-11-2023 21:17:20 | Blacked Raw | 01-04-2023 | 01-10-2023 | PA0002389594 |
| 22 | Info Hash: AFD2270A76FA43E693D662B91708FBBAA3603013<br>File Hash: 3C08EA8E6B063E2BCBB2520AB11B7B72118702BF1AEE5482688098021D00AEB7 | 01-01-2023 20:03:05 | Blacked | 12-31-2022 | 01-10-2023 | PA0002389580 |
| 23 | Info Hash: A9529D5E514B171583C00DA79D5DEF1A31EF66AF<br>File Hash: 902FB516B52EBA213B6552E0FDF3489BD6A87B6D616732BA153A60FDF7337989 | 01-01-2023 19:58:49 | Blacked | 12-10-2022 | 01-10-2023 | PA0002389588 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: AB995DA0F769509F085DD3AA11413AD0A7BE57A4<br>File Hash: 8381FF6DDEBA3782928EC896C93149F36163DC1FD80D1CE7AD4410A37D84AF2A | 12-31-2022 19:42:50 | Blacked Raw | 12-30-2022 | 01-09-2023 | PA0002389573 |
| 25 | Info Hash: A8EEB7D3BE975F1E82563589CBDC5AF00199E454<br>File Hash: A10BFD823582568B20A3BD6C3D66D4A7CCCA9E7EAD59FE514AF413766A9CDA44 | 11-26-2022 19:10:13 | Blacked Raw | 11-25-2022 | 12-11-2022 | PA0002384771 |
| 26 | Info Hash: 0F4D7CB0EBB16FC7B75E200D7DB4D98D77787342<br>File Hash: 3079AE305B9B6942D14CD62800E6A70C34B69DAC80AD653C173F810DDB10DF1F | 11-26-2022 19:10:12 | Vixen | 11-25-2022 | 12-11-2022 | PA0002384729 |